**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cesar SALAZAR, Defendant–Appellant.**

No. 06–30031.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 14, 2006.

Marcia Good Hurd, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Wendy L. Holton, Esq., Helena, MT, for Defendant–Appellant.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, McKEOWN, and GOULD, Circuit Judges.

MEMORANDUM **

Cesar Salazar appeals from his conviction for conspiring to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Salazar contends that his trial counsel was ineffective in failing to object to a mistrial, where his co-defendant objected and subsequently prevailed on a motion to dismiss the indictment on double jeopardy grounds. We conclude, however, that the record is not sufficiently developed to permit review of Salazar's ineffectiveness claim. *See United States v. McKenna*, 327 F.3d 830, 845 (9th Cir.2003) (stating that ineffective assistance of counsel claim is more properly raised on collateral attack under 28 U.S.C. § 2255, unless the record is sufficiently developed or there is an obvious denial of adequate representation).

**DISMISSED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.